



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

November 7, 2007

**BY FEDERAL EXPRESS**
Hon. Stephen C. Robinson
United States Courthouse
300 Quarropas St., Room 633
White Plains, NY 10601

**MEMO ENDORSED**

Re:   **United States of America v. Keff, No. 07 Civ. 3549 (SCR)**

Dear Judge Robinson:

    I write on behalf of the Government respectfully to <u>request a 30-day adjournment</u> of the deadline for the parties to serve interrogatories and document requests, from November 9, 2007, until December 10, 2007, for purposes of facilitating settlement discussions. The parties are hopeful that they may resolve this matter without resort to formal discovery. Further, this proposed adjournment would not impact other deadlines in the current discovery schedule. This is the Government's first request for an extension of this deadline, and <u>counsel for the defendant joins in this request</u>.

    Thank you for your consideration of this request.

Respectfully submitted,   **APPLICATION GRANTED**

MICHAEL J. GARCIA
United States Attorney

HON. STEPHEN C. ROBINSION
11/9/07

By: _____
PIERRE G. ARMAND
Assistant United States Attorney
Tel.: (212) 637-2724
Fax : (212) 637-2730

cc:   BY FACSIMILE
     Hugh Janow, Esq.
     Fax No.: (845) 735-1054

